UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 2:12-CR-533 |
| | § | |
| VERNON LAVELLE JONES | § | |

### ORDER GRANTING MOTION TO APPOINT NEW COUNSEL, ORDER TERMINATING COUNSEL, AND ORDER APPOINTING NEW CJA COUNSEL

Pending is defendant's motion to appoint new counsel (D.E. 38). An *ex parte* hearing was held December 3, 2012. The defendant's motion is granted. CJA counsel Jacyr Heil is terminated.

The above Defendant has testified under oath or has otherwise satisfied this Court that he or she is financially unable to employ counsel, and does not wish to waive counsel. Because the interests of justice so require, **Richard Rogers** is appointed, pursuant to the provisions of the Criminal Justice Act, to represent said Defendant in this case. An appointment by a Magistrate Judge shall remain in effect if the case proceeds to District Court.

Sentencing is scheduled for **Friday, December 7, 2012, at 9:30 a.m.** before Hon. Nelva Gonzales Ramos. Counsel will be notified electronically via CM/ECF.

ORDERED this 3rd day of December, 2012.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE